UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR − 7 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Jean Elizabeth Kaufman

_____

_____

_____

_____          _____
*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                                  **CIVIL ACTION NO.**___1:12−0237_____
                                            *(Number to be assigned by Court)*

United States of America
_____

_____

_____

_____
*(Enter above the full name of the defendant*
*or defendants in this action)*

## <u>COMPLAINT</u>

I.      **Previous Lawsuits**

     A.      Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action or otherwise relating to your imprisonment?

               Yes __✗__          No _____

1

B.     If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.     Parties to this previous lawsuit:

          Plaintiffs:    Jean E. Kaufman

          Defendants:    Officer H. Baynard = United States Goveernment

      2.     Court (if federal court, name the district; if state court, name the county);

          Bluefield

      3.     Docket Number:  1:10-0071

      4.     Name of judge to whom case was assigned:

          Faber

      5.     Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

          Dismissed for lack of subject matter jurisdiction

      6.     Approximate date of filing lawsuit:  1\2010

      7.     Approximate date of disposition:  3\2011

2

**II.** **Place of Present Confinement:** No longer confined

A. Is there a prisoner grievance procedure in this institution?

Yes _____   No _____   N/A

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes X   No _____

C. If you answer is YES:

1. What steps did you take? Filed BP8.5, BP9, BP10, BP11, Tort claim

2. What was the result? All but tort claim responded to with neg. Answers. Tort claim not responded to in 6 mo. period

D. If your answer is NO, explain why not: _____

_____

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Jean Elizabeth Kaufman #75096-083

Address: 14250 Durham Lane, Barboursville, VA 22923

B. Additional Plaintiff(s) and Address(es): _____

_____

_____

_____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant:   Officer H. Baynard

is employed as:   Unicor Superviser

at   FPC Alderson - Institution

D.   Additional defendants:   FPC Alderson

US Goverment as copied

Substitution for

Officer Baynard

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

See Attached

4

IV.    **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

See Attached
_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _X_      No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Have not found a lawyer (versed in federal litigation) who can take this case on contingency.

If not, state your reasons: I can not afford an attorney

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____      No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this ___2___ day of ___March___, 20_12_.

_Jean Elizabeth Kaufma_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3 - 2 - 2012___ .
                        (Date)

_Jean Kaufman_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

## STATEMENT OF CLAIM

On January 28,2008 I was assaulted by Officer H. Baynard.  I was waiting in line at the dining hall.  Inmate Brandy Stevens was in front of me and she went through the door that Baynard was holding open.  Baynard began yelling at her that she entered the wrong door and demanded that she come back out of the building and go back through the other door.  Neither door was marked enter or exit.  I waited for Stephens to come back around and mumbled to her "that was real important."  Baynard heard what I said to her and yelled at me, demaning my ID. He then ordered me to report to the Lieutenant's office after the Meal.  He instructed me to get back in line and I complied.  Immediately, Baynard called me back over to the entrance and ordered me outside.  As I walked outside he was screaming obsenities and threatening me.  Quietly and without animosity, I said that he was speaking to me disrespectfully and to please stop.  He then ordered, "fine, put your hands on the wall."I complied and C.O. Baynard began roughly searching me.  He continued to strike at my pockets where I had paper.  I turned my head to the right and told him that I wanted to speak to Captain DuPuis.

Suddenly I was slammed into the wall repeatedly. I lifted my hands above my head and cried out "Stop touching me! I want to see the Captain. Stop touching me! " He continued to slam me against the wall. He then grabbed my arm and neck and swung me around to face the opposite direction and slung me onto the ground approximately six feet away from the building. C.O. Baynard then planted his knee in my back dropping his full weight upon me.

He never handcuffed me and never called for assistance even though several officers were just inside the building.  Inmates could see from the window and began pounding on the window and calling for help.  As the A.W., Capt. DuPuis and other staff members came out the door, I cried out "please someone help me."  I was santched to my feet, still uncuffed and taken to the administration building.  I have my statement, was seen by medical and then released back to my housing unit.

Relevant Information:

-I have more witnesses than the investigators would interview.  Lt Landen refused to take their statements.

- Pictures were taken of the multiple bruises/contusions on my arms, back and leg.

- Medical staff at FPC Alderson examined me and recorded the marks on my body.

- I have reason to believe that FPC Alderson was aware that there were other instances with C.O. Baynard acting inappropriately with female inmates and failed to provide proper security and safety.

- I suffer from PTSD and participated in counseling at FPC Alderson. They were aware of my condition and negligently disregarded it. This incident exacerbated my PTSD symptoms and created new terrors/triggers for me.

# **Relief Requested**

Monetary compensation in the amount of 1.5 million US Dollars to address physical, emotional and financial damages (as follows) suffered due to the defendant's actions.

- Physical damages include possible permanent damage to right leg, left shoulder, left elbow and back resulting in debilitating pain, lack of mobility and limited physical functioning.

- Emotional damages include exacerbated PTSD (Post Traumatic Stress Disorder) as well as creating new triggers that severely limit social functioning, ability to sleep restfully, employability and basic quality of life.

- Financial repairs to, at a minimum, cover medical treatments, psychological counseling, rehabilitation, loss of wages and loss of future earning potential

It is further noted that plaintiff requests that the court consider advisement to defendant to seek anger management counseling as well as additional training on the correct procedures for confrontation (human interaction) or proper restraint of an inmate. These items may decrease the chance of this (or similar) event happening to another female.



U.S. POSTAGE
PAID
RUCKERSVILLE, VA
29568
MAR 05
AMOUNT
$4.25
0001.2318-02

1000
24701

7011 2970 0003 5908 7799



Ms. Jean Kaufman
14250 Durham Ln.
Barboursville, VA 22923

Clerk of Court
United States District Court
Southern District of WVA
Bluefield Division
601 Federal St, Room 3303
Bluefield, WV 24701

2/14/3